IN THE NITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| **KENT LAVON RICE,**<br><br>      **Plaintiff,**<br><br>v.<br><br>**UNITED STATES OF AMERICA, et al.,**<br><br>      **Defendants.** | Case No. **1:05 CV 02377** |

### ANSWER OF GEICO TO COMPLAINT

COMES NOW Defendant GEICO, by and through the undersigned counsel, and hereby answers the Complaint filed herein as follows:

1. The allegations contained in Paragraph 1 are not directed toward this Defendant and consequently, this Defendant was without authority to admit or deny same.

2. The allegations contained in Paragraph 2 are not directed toward this Defendant and consequently, this Defendant was without authority to admit or deny same.

3. Defendant denies that this Court has diversity jurisdiction over GEICO as the matter in controversy does not reach the jurisdictional amount.

### COUNT ONE

4 through 10. The allegations contained in paragraphs 4 through 10 are not directed toward this Defendant and consequently, this Defendant is without authority to admit or deny same.

### COUNT TWO

11 through 15. The allegations contained in paragraphs 11 through 15 are not directed toward this Defendant and consequently, this Defendant is without authority to

admit or deny same.

## COUNT THREE

16. Defendant incorporates by reference all prior admissions and denials.

17. Admitted.

18. Denied, pending further investigation.

19. Defendant denies the allegations contained in paragraph 19 as phrased.

20. Defendant denies the allegations contained in paragraph 20 as phrased.

21. Denied.

## FIRST DEFENSE

The Complaint fails to state a cause of action upon which relief can be granted.

## SECOND DEFENSE

The causes of actions asserted by the Plaintiff did not accrue within the applicable statute of limitations.

## THIRD DEFENSE

Defendant affirmatively asserts that the injuries allegedly sustained by the Plaintiff were caused by the sole, concurring and/or contributory negligence of the Plaintiff.

## FOURTH DEFENSE

Defendant affirmatively asserts that the Plaintiff assumed the risk of injuries.

## FIFTH DEFENSE

The Complaint fails to join a party in whose absence complete relief cannot be accorded among those already partied.

## SIXTH DEFENSE

Assuming negligence or other wrong doing on the part of this Defendant, it was not the proximate cause of the Plaintiff's alleged injuries, but Plaintiff's alleged injuries were a result of superseding and/or intervening causes.

### SEVENTH DEFENSE

Assuming negligence or other wrong doing on the part of this Defendant, it was not the proximate cause of the Plaintiff's alleged injuries, but Plaintiff's alleged injuries were a result of prior and/or subsequent conditions or occurrences for which this Defendant is not responsible.

### EIGHTH DEFENSE

This Defendant denies that the Plaintiff has properly served the Summons and Complaint upon this Defendant.

### NINTH DEFENSE

The Plaintiff has waived his rights under underinsured motorist coverages allegedly applicable to this case pursuant to his election to claim wages under the Personal Injury Protection benefits portion of the policy.

### TENTH DEFENSE

Plaintiff failed to provide accurate certification and documentation of lost wages pursuant to his claims for PIP.

### ELEVENTH DEFENSE

The Complaint against GEICO is unfounded due to the liability of one or more adequately insured defendants in this action.

WHEREFORE Defendant respectfully requests:

1.  That the Court dismiss Plaintiff's Complaint with prejudice, all costs paid by

Plaintiff; and

    2.    That the Court grant such other and further relief as it deems just and proper.

    Respectfully submitted,

_____
Frederick Harrison Collins
D.C. Bar No. 391603
Counsel for Defendant
962 Wayne Avenue
Suite 200
Silver Spring, MD  20910
(301) 587-9626

## **JURY DEMAND**

Defendant respectfully requests a jury trial.

_____
Frederick Harrison Collins
Counsel for Defendant

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on this 11 day of January, 2006, a copy of the foregoing Answer to Complaint and Demand for Jury Trial was mailed, postage prepaid to:

Robert J. Zakroff
4337 Montgomery Avenue
Bethesda, MD 20814

                                                      _____
                                                      Frederick Harrison Collins
                                                      Counsel for Defendant