IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

KENT LAVON RICE,

    **Plaintiff,**

v.

UNITED STATES OF AMERICA, et al.,

    **Defendants.**

Case No. 1:05 CV 02377

## DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS
### Rule 7.1 Disclosure

I, the undersigned, counsel of record for GEICO, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of GEICO which have any outstanding securities in the hands of the public.

<u>Berkshire Hathaway</u>

These representations are made in order that the judges of this court may determine the need for recusal.

Respectfully submitted,

_____
Frederick Harrison Collins
D.C. Bar No.: 391603
Counsel for Defendant
962 Wayne Avenue
Suite 200
Silver Spring, MD  20910
(301) 587-9626

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 11 day of January, 2006, a copy of the foregoing was electronically sent to:

Robert J. Zakroff
4337 Montgomery Avenue
Bethesda, MD 20814

                                                          _____
                                                          Frederick Harrison Collins