IN THE UNITED STATE DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

KENT LAVON RICE,

    Plaintiff,

v.

UNITED STATES OF AMERICA, et al.,

    Defendants.

Case No. **1:05 CV 02377**

## NOTICE

Pursuant to District of Columbia Rules 5.5, 8.3, and 8.4, as well as Local Rule of Civil Procedure 83.16(c), the undersigned is required to notify the Court that upon information and belief, Robert Zakroff, sole counsel listed for Plaintiff has been suspended from the District of Columbia Bar, for more than 30 days.

Respectfully submitted,

_____
Frederick Harrison Collins
D.C. Bar No.:  391603
Counsel for Defendant
962 Wayne Avenue, Suite 200
Silver Spring, MD  20910
(301) 587-9626

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16 day of January, 2006, a copy of the foregoing was mailed, postage prepaid to:

Robert J. Zakroff
4337 Montgomery Avenue
Bethesda, MD 20814
Attorney for Plaintiff

_____
Frederick Harrison Collins