**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| | ) | |
| **KENT LAVON RICE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **C.A. No. 05-2377 (EGS)** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **UNITED STATES OF AMERICA**, *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**DISTRICT OF COLUMBIA'S MOTION FOR ENLARGMENT OF TIME TO
FILE A RESPONSE TO THE COMPLAINT**

The District of Columbia, by and through its undersigned counsel, respectfully

requests that the Court grant it an additional twenty (20) days to file a response to

Plaintiff's Complaint.  In support thereof, the District of Columbia states as follows:

1.       Undersigned counsel recently received this case and requires additional

time to investigate this matter.

2.       By filing this Motion, the District of Columbia does not waive its right to

proper service for the District, or the right to move to dismiss on this ground.

3.       The District submits that no party would be prejudiced by the requested

extension of time.

4.       Pursuant to LCvR 7(m), undersigned counsel contacted counsel for

Plaintiff and Defendant GEICO, but was unable to reach either counsel due to the late

hour.

Accordingly, the District of Columbia requests that the Court grant a seven-day

extension of time, up to and including Monday, February 6, 2006, to file a response to the

Complaint in this matter.


Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division


 _/s/  Nicole L. Lynch_____
NICOLE L. LYNCH (471953)
Chief, Section II


 _/s/  Shana L. Frost_____
SHANA L. FROST (458021)
Assistant Attorney General
441 4th Street, NW, 6th Floor South
Washington, DC 20001
(202) 724-6534
Fax:  (202) 727-3625
shana.frost@dc.gov

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| | ) | |
| **KENT LAVON RICE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **C.A. No. 05-2377 (EGS)** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **UNITED STATES OF AMERICA**, *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**POINTS AND AUTHORITIES IN SUPPORT OF THE DISTRICT OF COLUMBIA'S MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSE TO COMPLAINT**

1.    Fed. R. Civ. P. 6(b).

2.    Fed. R. Civ. P. 12.

3.    The interests of justice and the record herein.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

\_\_\_/s/_____
NICOLE L. LYNCH (471953)
Chief, Section II

\_\_\_/s/_____
SHANA L. FROST (458021)
Assistant Attorney General
441 4th Street, NW, 6th Floor South
Washington, DC 20001
(202) 724-6534
Fax:  (202) 727-3625
shana.frost@dc.gov