UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KENT LAVON RICE,** | ) |
| Plaintiff, | ) C.A. No. 05-2377 (EGS) |
| v. | ) |
| **UNITED STATES OF AMERICA,** *et al.*, | ) |
| Defendants. | ) |

**ORDER**

Before the Court is Defendant District of Columbia's Motion for Enlargement of Time to File a Response to the Complaint. Upon consideration of the District's Motion, it is this ____ day of _____, 2006:

**ORDERED** that the District of Columbia's Motion for Enlargement of Time to File a Response to the Complaint be and hereby is **granted**; and it is

**FURTHER ORDERED** that the Defendants shall have up to and including Monday, February 6, 2006 to file a response to the Complaint.

_____
Hon. Emmett G. Sullivan
United States District Judge

Copies served on all counsel via ECF