UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KENT LAVON RICE, ) | |
| ) | |
| Plaintiff, ) | C.A. No. 05-2377 (EGS) |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ANSWER OF THE DISTRICT OF COLUMBIA**

COMES NOW Defendant District of Columbia, by and through counsel, and answers the Complaint herein as follows:

**First Defense**

The Complaint fails to state a claim upon which relief can be granted.

**Second Defense**

As to each of the numbered paragraphs of the Complaint, Defendant District of Columbia specifically answers as follows:

**JURISDICTION**

1.  Defendant District of Columbia admits that Paragraph 1 of the Complaint contains a jurisdictional provision, but denies that it necessarily confers jurisdiction in this matter.

2.  Defendant District of Columbia admits that Paragraph 2 of the Complaint contains a jurisdictional provision, but denies that it necessarily confers jurisdiction in this matter or that it has violated D.C. Code § 2-412.

3. Defendant District of Columbia admits that Paragraph 3 of the Complaint contains a jurisdictional provision, but denies that it necessarily confers jurisdiction in this matter.

## COUNT ONE
## (GROSS NEGLIGENCE BY THE UNITED STATES OF AMERICA)

4. The allegations of Paragraph 4 are not directed at this Defendant and therefore do not require a response from this Defendant. However, if a response is deemed required, Defendant denies the allegations contained in Paragraph 4 of the Complaint.

5. The allegations of Paragraph 5 are not directed at this Defendant and therefore do not require a response from this Defendant. However, if a response is deemed required, Defendant denies the allegations contained in Paragraph 5 of the Complaint.

6. The allegations of Paragraph 6 are not directed at this Defendant and therefore do not require a response from this Defendant. However, if a response is deemed required, Defendant denies the allegations contained in Paragraph 6 of the Complaint.

7. The allegations of Paragraph 7 are not directed at this Defendant and therefore do not require a response from this Defendant. However, if a response is deemed required, Defendant denies the allegations contained in Paragraph 7 of the Complaint.

8. The allegations of Paragraph 8 are not directed at this Defendant and therefore do not require a response from this Defendant. However, if a response is deemed required, Defendant denies the allegations contained in Paragraph 8 of the Complaint.

9. The allegations of Paragraph 9 are not directed at this Defendant and therefore do not require a response from this Defendant. However, if a response is deemed required, Defendant denies the allegations contained in Paragraph 9 of the Complaint.

10. The allegations of Paragraph 10 are not directed at this Defendant and therefore do not require a response from this Defendant. However, if a response is deemed required, Defendant denies the allegations contained in Paragraph 10 of the Complaint.

## COUNT TWO
### (GROSS NEGLIGENCE BY THE DISTRICT OF COLUMBIA)

11. Defendant District of Columbia re-alleges and incorporates herein by reference its answers to Paragraphs 1-10, above.

12. Paragraph 12 contains a legal conclusion of the pleader to which no response is required. To the extent that a response is required, the District of Columbia denies the same.

13. Defendant District of Columbia denies the allegations contained in Paragraph 13 of the Complaint.

14. Defendant District of Columbia denies the allegations contained in Paragraph 14 of the Complaint.

15. Defendant District of Columbia denies the allegations contained in Paragraph 15 of the Complaint.

## COUNT THREE
### (BREACH OF CONTRACT – GEICO)

16. Defendant re-alleges and incorporates herein by reference its answers to Paragraphs 1-15, above.

17. The allegations of Paragraph 17 are not directed at this Defendant and therefore do not require a response from this Defendant. However, if a response is deemed required, Defendant denies the allegations contained in Paragraph 17 of the Complaint.

18. The allegations of Paragraph 18 are not directed at this Defendant and therefore do not require a response from this Defendant.  However, if a response is deemed required, Defendant denies the allegations contained in Paragraph 18 of the Complaint.

19. The allegations of Paragraph 19 are not directed at this Defendant and therefore do not require a response from this Defendant.  However, if a response is deemed required, Defendant denies the allegations contained in Paragraph 19 of the Complaint.

20. The allegations of Paragraph 20 are not directed at this Defendant and therefore do not require a response from this Defendant.  However, if a response is deemed required, Defendant denies the allegations contained in Paragraph 20 of the Complaint.

21. The allegations of Paragraph 21 are not directed at this Defendant and therefore do not require a response from this Defendant.  However, if a response is deemed required, Defendant denies the allegations contained in Paragraph 21 of the Complaint.

### Third Defense

Defendant District of Columbia denies all allegations of wrongdoing, including but not limited to violations of common law, statutory and operational standards, negligence, deliberate indifference, and unconstitutional policy or custom.

### Fourth Defense

Defendant District of Columbia, its agents, servants, and employees acting within the course and scope of their employment, have performed their obligations, if any, towards plaintiff in accordance with all applicable statutory, regulatory, constitutional, and common law requirements.

### Fifth Defense

If plaintiff was injured and/or damaged as alleged in the Complaint, such injuries were the result of his own intentional, illegal and/or otherwise wrongful conduct.

### Sixth Defense

If plaintiff was injured and/or damaged as alleged in the Complaint, such injuries and damages were the result of the criminal acts of a person or persons other than Defendant District of Columbia, its agents, employees, and/or servants acting within the scope of their employment.

### Seventh Defense

If plaintiff was injured and/or damaged as alleged in the Complaint, such injuries and damages were the result of his own sole or contributory negligence and/or his assumption of the risk.

### Eighth Defense

If plaintiff was injured and/or damaged as alleged in the Complaint, such injuries and damages were the result of a person or persons other than Defendant District of Columbia, its employees, agents and servants acting within the scope of their employment.

### Ninth Defense

If plaintiff was injured and/or otherwise damaged as alleged in the Complaint, such injuries and/or damages were the result of the plaintiff's sole, joint, or concurring negligence with a person or persons other than Defendant District of Columbia, its agents, employees or servants acting within the scope of employment.

### Tenth Defense

At all times relevant herein, Defendant District of Columbia, its employees, agents and servants, acting within the course and scope of their employment, have acted in good faith and with the reasonable belief that their actions were lawful under the circumstances.

### Eleventh Defense

Defendant District of Columbia asserts immunity, qualified immunity, absence of bad faith, and absence of gross negligence and reckless indifference.

### Twelfth Defense

Acts or omissions of Defendant District of Columbia, its employees, agents, or servants acting within the course and scope of their employment, were discretionary and/or cannot create liability pursuant to the doctrine of absolute and/or qualified immunity.

### Thirteenth Defense

Plaintiff may have failed to fully comply with the mandatory notice requirements of D.C. Code Section 12-309.

### Fourteenth Defense

Plaintiff may have failed to mitigate his damages.

### Fifteenth Defense

Plaintiff's claims are barred by collateral estoppel and res judicata.

### Sixteenth Defense

Plaintiff's claims are barred by the Statute of Limitations.

### Seventeenth Defense

Plaintiff is not entitled to punitive damages.

### Eighteenth Defense

Plaintiff is not entitled to attorney's fees.

Defendant District of Columbia reserves the right to amend its Answer to the Complaint and to raise any additional defenses which the evidence in discovery may reveal.

### Set-off

Defendant District of Columbia asserts a set-off against any judgment rendered against it for all funds and services provided to or on behalf of Plaintiff, including medical care.

### Jury Demand

Defendant District of Columbia hereby demands a trial by jury.

WHEREFORE, having fully answered the complaint filed herein, Defendant prays that same be dismissed, and that they recover their costs of suit expended herein.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

 /s/  Nicole L. Lynch
NICOLE L. LYNCH (471953)
Chief, Section II

       /s/ *Shana L. Frost*
SHANA L. FROST (458021)
Assistant Attorney General
441 4th Street, NW, 6th Floor South
Washington, DC 20001
(202) 724-6534
Fax: (202) 727-3625
shana.frost@dc.gov