UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| KENT LAVON RICE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, *et al.*, ) <br> ) <br> Defendants. ) <br> ) | C.A. No. 05-2377 (EGS) |

**DISTRICT OF COLUMBIA'S PARTIAL CONSENT MOTION FOR PARTIAL
RELIEF FROM THE REQUIREMENTS OF LOCAL RULE 16.3**

The District of Columbia, by and through its undersigned counsel and with the consent of counsel for GEICO, respectfully requests that the Court permit counsel for the District and counsel for GEICO to conduct the LCvR 16.3 meet and confer without the participation of counsel for Plaintiff. In support thereof, the District of Columbia states as follows:

1.  Counsel for Plaintiff filed the above-captioned matter on December 12, 2005 against the United States, the District of Columbia, and GEICO. No affidavit of service has been filed to indicate that the United States has been served. Thus, the only Defendants officially in this case are the District of Columbia and GEICO.

2.  On February 8, 2006, the Court issued an Order for a scheduling conference in the above-captioned matter, requiring counsel to meet and confer pursuant to LCvR 16.3.

3.  Upon information and belief, counsel for Plaintiff, Robert Joel Zakroff, has been disbarred in the State of Maryland, *see* Ex. 1, had his license revoked by the

Commonwealth of Virginia, *see* Ex. 2, and is suspended from practice in the District of Columbia. *See* Ex. 3. Undersigned counsel spoke with Ms. Traci Tait, Assistant Bar Counsel for the District of Columbia, and was informed that, to the best of Bar Counsel's knowledge, Mr. Zakroff is not licensed to practice in any other state.

3. No other counsel has entered their appearance on behalf of Plaintiff.

4. Pursuant to Rule 5.5(b) of the District of Columbia Rules of Professional Conduct, "[a] lawyer shall not: . . . (b) Assist a person who is not a member of the bar in the performance of activity that constitutes the unauthorized practice of law." Rule 4.2 prohibits counsel for communicating with represented parties. Counsel for the District of Columbia and for GEICO submit that a requirement that they participate in the LCvR 16.3 meet and confer with Mr. Zakroff, they would be in violation of Rule 5.5(b) of the Rules of Professional Conduct.

5. Thus, counsel for the District of Columbia and Counsel for GEICO respectfully request that they be permitted to meet and confer pursuant to LCvR 16.3 without the participation of Mr. Zakroff.

        Respectfully submitted,

        ROBERT J. SPAGNOLETTI
        Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General
        Civil Litigation Division

         /s/ *Nicole L. Lynch*
        NICOLE L. LYNCH (471953)
        Chief, Section II

      /s/ *Shana L. Frost*
SHANA L. FROST (458021)
Assistant Attorney General
441 4th Street, NW, 6th Floor South
Washington, DC 20001
(202) 724-6534
Fax: (202) 727-3625
shana.frost@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| KENT LAVON RICE, | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 05-2377 (EGS) |
| v. | ) ) ) | |
| UNITED STATES OF AMERICA, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

**POINTS AND AUTHORITIES IN SUPPORT OF THE DISTRICT OF COLUMBIA'S PARTIAL CONSENT MOTION FOR PARTIAL RELIEF FROM THE REQUIREMENTS OF LOCAL RULE 16.3**

1. D.C. Rule of Prof. Conduct 4.2.

2. D.C. Rule of Prof. Conduct 5.5.

3. LCvR 16.3.

4. The interests of justice and the record herein.


Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

 /s/
NICOLE L. LYNCH (471953)
Chief, Section II

 /s/
SHANA L. FROST (458021)
Assistant Attorney General

441 4th Street, NW, 6th Floor South
Washington, DC 20001
(202) 724-6534
Fax: (202) 727-3625
shana.frost@dc.gov