


# ATTORNEY GRIEVANCE COMMISSION

## MARYLAND ATTORNEYS

## DISCIPLINARY ACTIONS FY 2005

*The Maryland Judiciary provides this information as a public service. Information contained on this web site is believed to be accurate but is not guaranteed. For more information, or to determine if an attorney has been reinstated, please contact the Attorney Grievance Commission at (410) 514-7051. This list is updated on a monthly basis.*

# DISCIPLINARY SUMMARIES FY 2005

### ANNE ARUNDEL COUNTY

BEACH, Jennifer L. - Suspended indefinitely for lack of diligence, failing to refund an unearned fee, and failing to respond to Bar Counsel.

DASKALOPOULOS, Dimitri G. - Disbarred for misappropriation of client funds and forging the signature of another attorney.

PRALEY, James C. - Commission reprimand for failing to communicate with his client, not following up on a filed suit, causing it to be dismissed and not responding timely to Bar Counsel.

PRICHARD, James L. - Disbarred for misappropriation of client funds.

### BALTIMORE CITY

BLUM, Stuart M. - Disbarred by consent for misappropriation of client funds.

BRISBON, Brenda C. - Suspended indefinitely for neglect, failure to communicate and failure to respond to Bar Counsel.

CHASE, I. William - Commission reprimand for failing to obtain the Court permission for fees in an Estate matter prior to taking his fees.

GERTNER, A. Alan - Commission Reprimand for failure to properly disburse funds to third party at time of case settlement and commingling funds.

HOLLOWAY, J. Michael - Commission reprimand for removing office files relating to the guardianship, estate and collection matters for which he was responsible prior to his discharge without first seeking the firm's authorization or consent.

KAPLAN, Arnold S. - Disbarred by consent for commingling, using trust account money for personal and business purposes and failing to promptly deliver trust money to third parties and his client.

KELLER, Richard H. - Disbarred by consent for misusing client funds and having multiple overdrafts on his escrow account.

LAWSON, Reuben E. - Commission reprimand for assisting a person who is not a member of the bar in performing activities that constitute the unauthorized practice of law.

ROSE, Shuan - Suspended indefinitely for failing to maintain a properly designated attorney trust account and failing to respond to Bar Counsel.

SULLIVAN, Terry K. - Commission reprimand for removing office files relating to the guardianship matters for which she was responsible prior to her discharge without first seeking the firm's authorization or consent.

WATSON, Barry K. - Disbarred for misappropriation of client funds from personal injury settlements.

ZUCKERMAN, Charles - Suspended indefinitely for advancing personal injury settlements funds to clients with checks drawn on his trust account, failing to pay medical providers and clients, failing to supervise non-attorney office personnel and failing to remove fees from his trust account.

## BALTIMORE COUNTY

ADAMS, Melissa Moyer - Suspended indefinitely by consent for lack of diligence, communications, and commingling of client funds.

BRANDES, Frederic, M. - Commission reprimand for failing to file an opposition to a motion for summary judgement in his client's case or to attempt to obtain an extension of time from the court in which to do so.

CHASNOFF, Joel - Disbarred by consent for making a material misrepresentation on and insurance application and neglect.

COOKE, Ira C. - Disbarred by consent for criminal conviction.

DASHIELL, Robert F. - Commission reprimand for failing to monitor the operation of his settlement company and mistakenly giving all control over to his employees and never supervising them.

DAVISON, Diane L. Suspended for 90 days for incompetence in drafting an opinion letter and for improperly using another persons notary seal.

DICKERSON, John - Suspended for 30 days by consent for failure to communicate with clients and failing to return unearned fees.

GUNDY, Nathan M., III - Suspended pending further order of the Court for being found guilty of two counts of securities fraud and one count of sale of an unregistered security in violation of Wisconsin statutes.

GUSMANO, Joseph M. - Commission reprimand for failing to file an application in a trademark matter and lack of communication with client.

JORDAN, Jerry D. - Disbarred for criminal conduct in submitting a false insurance claim.

MacDOUGALL, Francis - Suspended indefinitely for failing to communicate with co-representatives

and co-trustees of the testamentary trust he was appointed to oversee and failing to respond to Bar Counsel.

MARSALEK, Stephen F. - Commission reprimand for, in setting up a revocable trust, failing to act in a competent manner, failing to communicate with his client, failing to safeguard client's property, and for making an investment with his client's funds which resulted in a conflict of interest.

PAHR, - Robert W. - Commission reprimand for preparing a will for a client not related to him or represented by independent counsel, in which he and his wife are beneficiaries.

PISTOLAS, Nicholas J. - Disbarred by consent for a conviction of fraud in connection with a "flipping" scheme.

RICHARDSON, Bruce L. - Disbarred by consent for neglecting his client's case, proving misleading information to the complainant concerning the status of his litigation and engaging in dishonest conduct.

RODGERS, David A. - Suspended for 30 days by consent for failure to communicate with clients and failing to return unearned fees.

WRIGHT, Orville A. - Suspended for sixty (60) days by consent for lack of diligence and communication.

## CARROLL COUNTY

BOUREXIS, Stephen P. - Suspended for 60 days by consent neglecting his client's case.

HLAVACEK, Valerie G. - Commission Reprimand for failure to respond to a lawful demand for information from a disciplinary authority.

## CHARLES COUNTY

DROSS, Irving - Commission Reprimand for failing to act with reasonable diligence by not filing appellate brief after noting two appeals and failing to communicate adequately with his client.

## FREDERICK COUNTY

HELT, John L. - Disbarred by consent for committing a criminal act.

KULESA, Kevin - Commission reprimand for failing to act with diligence and promptness in pursuing litigation on his client's behalf and failing to keep her reasonably informed about the status of her case, and upon his withdrawal from the case, failing to take steps to the extent reasonably practical to protect her interests.

McLISTER, Patrick F. - Commission reprimand for signing clients' names to a letter without authorization to do so.

## HARFORD COUNTY

BAHNER, Michael P. - Commission reprimand for lack of diligence and communication and failing to safekeep property.

KREAMER, Barbara O. - Suspended indefinitely for lack of diligence and communication and for

failure to respond to Bar Counsel.

RIDDLE, William F. - Commission reprimand for conflict of interest in relation to the purchase of a property, and failing to advise client to seek the advise of independent counsel in connection with the proposed transaction.

## HOWARD COUNTY

DAVIS, John Wilson II - Disbarred by consent for misrepresentation and conduct adverse to the administration of justice.

LEFFLER, Fredric D. - Disbarred by consent for criminal conviction in a property flipping scheme.

WILSON, Harrison B., III - Suspended indefinitely by consent in reciprocal action for lack of competence, diligence, communication, and for rules violations concerning declining or terminating representation, fairness to opposing party and counsel, confidentiality of information, meritorious claims and contentions, safekeeping property and communicating with persons represented by counsel.

## MONTGOMERY COUNTY

BOWYTZ, Robert B. - Reprimanded by consent for threatening to inform third parties who did business with his former clients regarding their failure to pay his fee, which served no purpose other than to harass and/or intimidate his former client to pay his fees.

ECKLOFF, E. Keith - Commission reprimand for lack of competence and diligence.

FREEDMAN, Alan H. - Commission reprimand for to act diligently on behalf of his client, and failing to advise the client he had not undertaken the action for which he was retained. He also tried, via language in a receipt to his client, to release himself of all liabilities that may have arisen out of his representation.

MITCHELL, Wayne M. - Disbarred for misappropriation of client funds.

ROBERTSON, Bonar Mayo - Reprimand by consent for failing to enter into a fee agreement with his client which resulted in a fee dispute at the conclusion of the case. He also failed to notify his client that the Court had dismissed her case after a settlement agreement had been reached but before it had been fulfilled.

ROBERTSON, Bonar Mayo - Suspended for ninety (90) days for failing to notify medical providers he was holding funds for them or to pay them in a timely fashion; removing fees from his trust account, thereby reducing the amount of money in trust to an amount below the amount of the liens; failing to action on a case for a period of one year.

SCROGGS, Robert S. - Disbarred in reciprocal disciplinary action in Oklahoma as a result of the Supreme Court of Oklahoma's approval of Mr. Scroggs's resignation from the Oklahoma bar pending disciplinary proceedings.

ZAKROFF, Robert J. - Disbarred for misappropriation of client funds and lack of candor to the tribunal.

## PRINCE GEORGE'S COUNTY

DUVALL, Mary I. - Disbarred for failing to return the unearned portion of a $1,700.00 retainer, having been indefinitely suspended by Court Opinion filed March 17, 2003.

GRAHAM, Michael J. - Suspended indefinitely by consent for failing to communicate with clients, lack of diligence, failing to respond to Bar Counsel, failure to refund fees, failing to surrender original documents and filing a motion which contained a misleading statement.

JAMES, Charles M., III - Disbarred for misappropriation of client funds.

METZ, Richard H. - Commission reprimand for failing to diligently pursue the representation of his client and failure to appear at a trial.

PENNINGTON, Jill Johnson - Disbarred for concealing from clients the fact that their case was dismissed with prejudice, falsifying a proposed settlement of the clients' claim, and intentionally misrepresenting matters and negotiations with third party medical providers.

WEINER, Alan S - Disbarred by consent for misappropriation of fiduciary funds and partnership assets.

## ST. MARY'S COUNTY

ASHWORTH, Joe C. - Disbarred by consent for misappropriation of client funds and lack of diligence.

## TALBOT COUNTY

McQUIE, Walter D. - Suspended indefinitely by consent for failing to fulfill his reporting obligation in a matter in which he was appointed as guardian of the property of a disabled adult, and failing to respond to Bar Counsel.

WALSH, Harry M., Jr. - Disbarred by consent for misappropriation of legal fees.

## WICOMICO COUNTY

CHRISTOPHER, Nathan H., Jr. - Suspended indefinitely for filing perjurious estate accountings.

## OUT OF STATE

ELLISON, Jared K. - Disbarred for engaging in conduct involving fraud, deceit or misrepresentation and not being truthful to Bar Counsel.

FITZGERALD, Judith L. - Disbarred by consent for lack of communication, failing to safkeep property, and conduct adverse to the administration of justice.

GRUSCINSKI, Thomas - Commission reprimand for knowingly disobeying an obligation under the rules of a tribunal (Federal Court Order).

KAUFMAN, Robert P. - Commission reprimand in reciprocal matter with D.C. Bar Counsel for failure to respond to D.C. Bar Counsel.

MILLER, Michael J. - Reprimanded by consent for engaging in the unauthorized practice of law in Mississippi by his participation in a number of product liability litigation cases.

PARK, Sang Kuen - Suspended for six months on a reciprocal action from Virginia for lack of competence, diligence, communication and for an advertising violation and dishonesty, fraud, deceit and misrepresentation.

SOBO, Mark O. - Suspended for 60 days by consent for lack of competence and diligence.

STEINBERG, Andrew M. - Suspended indefinitely on a reciprocal action from District of Columbia for failure to respond to Bar Counsel.

| HOME | Overview | Brochure | General Info | Filing a Complaint | Commission Sanctioned Attorneys | Annual Report | FAQ's | Rules of Professional Conduct |

[ Home | Site Index | Opinions | Search | Jobs | FAQs | Contact Us | Privacy ]

*Last modified Friday, September 16 2005 11:16*