

- **Inside the Bar**
- **For Lawyers**
- **For the Public**

*Quick Links to*
-Top Pages-
-Marketplace-

## Search Results

Search again.

Records matching your search criteria: 1

1. **Robert Zakroff**
   Zakroff & Associates PC
   4337 Montgomery Avenue
   Bethesda MD 20814-4423

   Email: zakrofflaw@verizon.net
   Phone: 301-986-5770
   Fax: 301-986-4119
   Membership Status: Suspended
   Reason for suspension: Discipline.
   Disciplinary history: None
   Date of admission: January 26, 1973



Find out why Washington's top law firms and corporations agree...

Capital Legal Solutions is the smart, reliable and trusted source for electronic discovery.



The District of Columbia Bar | 1250 H Street NW, sixth floor | Washington DC 20005-5937 | 202-737-4700 | Directions/Pa
©2006 District of Columbia Bar. All rights reserved. **Privacy Policy** | **Disclaimer** | **Author guidelines**



http://www.dcbar.org/find_a_member/searchAction02.cfm        2/23/2006