UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
KENT RICE,                      )
                                )
          Plaintiff,            )
                                )
     v.                         )   Civil Action No. 05-2377 (EGS)
                                )
UNITED STATES OF AMERICA,       )
     et. al                     )
                                )
          Defendant.            )
                                )
```

**ORDER**

Plaintiff filed this action on December 12, 2005, alleging gross negligence and breach of contract. On February 8, 2006, defendant District of Columbia filed an answer, and an initial scheduling conference was scheduled for today, March 21, 2006. On February 24, 2006, defendants filed a motion for order for partial relief from the requirements of local rule 16.3, based on documents suggesting that Mr. Robert Zakroff, counsel for the plaintiff, has been disbarred in the State of Maryland, had his license revoked by the Commonwealth of Virginia, and is suspended from practice in the District of Columbia, and that Mr. Zakroff is not licensed to practice in any other state. It is not clear from the documents provided by the defendants whether Mr. Zakroff was licensed to practice law when the complaint was filed. In light of these allegations, the Court converted the initial scheduling conference to a status hearing. Mr. Zakroff failed to appear at the hearing. When the Courtroom Deputy called his office, she was informed that he did not intend to appear because

of the status of his licenses.

In view of these events, plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE.**  The clerk of the Court is directed to mail a copy of this Order to plaintiff so that he can take appropriate action to reinstate this case.  The clerk is also directed to provide a copy of this Order to Mr. Sheldon Snook of the Court's Committee on Grievances.


**Signed by:**     **EMMET G. SULLIVAN**
          **UNITED STATES DISTRICT JUDGE**
          **March 21, 2006**