UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| KENT RICE | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 05-2377(EGS) |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| et. al. | ) | |
| | ) | |
| Defendants | ) | |

**PLAINTIFF'S PREVIOUS COUNSEL 'S PRO SE MOTION TO REINSTATE CASE**

Robert Joel Zakroff, previous counsel to the plaintiff files this pro se motion to vacate the Court's order of March 21st 2006 and states;

1. That at the time the present matter was filed, Robert Joel Zakroff was a member in good standing of this Court.

2. That on March 14th, 2006 this Court issued an Order suspending the license of Robert Joel Zakroff in light of his disbarment in Maryland.

3. On March 17th, 2006 as soon as it was learned that the order was issued a certified letter was sent to the Chambers of Judge Sullivan advising him of the suspension.

4. That on March 21st, 2006 the undersigned received a telephone call from Judge Sullivan's clerk advising of the hearing and whether former counsel intended to appear. Former counsel advised the clerk that he was under the impression that he could not appear due to his suspension which had just occurred one week before. Former counsel would have gladly appeared in person or by telephone had he known that his appearance was permissible.

5.   That the former counsel requests that the court reinstate the case and permit the Plaintiff 60 days to obtain new counsel.

Wherefore the pro se former counsel requests that the Court vacate its order of March 21st dismissing the case and permit the Plaintiff sixty (60) days to obtain new counsel.

/Robert Joel Zakroff/_____

Robert Joel Zakroff
4337 Montgomery Ave.
Bethesda, Md. 20814
301 986 5770

## CERTIFICATE OF SERVICE

I, Robert Joel Zakroff hereby certify that I have served electronically a copy of the above motion to all counsel of record and sent a copy of the enclosed to Mr. Sheldon Snook and to Kent Rice.

_/Robert Joel Zakroff/_____
Robert Joel Zakroff