UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **KENT LAVON RICE,**        )<br>                             )<br>        Plaintiff,            )<br>                             )<br>    v.                       )<br>                             )<br>**UNITED STATES OF AMERICA,** *et al.*, )<br>                             )<br>        Defendants.          )<br>                             ) | C.A. No. 05-2377 (EGS) |

**DEFENDANT DISTRICT OF COLUMBIA'S RESPONSE TO "PLAINTIFF'S PREVIOUS COUNSEL'S PRO SE MOTION TO REINSTATE CASE"**

Defendant District of Columbia, by and through its undersigned counsel, hereby responds to "Plaintiff's Previous Counsel's Pro Se Motion to Reinstate Case" as follows:

1. On March 21, 2006, this Court dismissed Plaintiff's complaint without prejudice as neither the Plaintiff, nor counsel, appeared at the status conference held that same day.

2. On March 22, 2006, Robert Joel Zakroff, initial counsel to Plaintiff, filed a Motion on Plaintiff's behalf that seeks to reinstate this case.

3. Mr. Zakroff has admitted that he is not currently licensed to appear or practice in this Court. *See* Mot. to Reinstate at ¶ 2. Thus, he may not participate in this lawsuit on behalf of Plaintiff. *See* LCvR 83.2(a) (limiting appearance and practice in this Court to members of the bar in good standing). The District of Columbia submits that granting Mr. Zakroff's Motion would, in essence, assist Mr. Zakroff in the unauthorized practice of law.

4. Moreover, Mr. Zakroff may not appear in this case "*pro se*" as he is not a party to this litigation. *See* LawyerIntl. Law Dictionary, http://lawyerintl.com/modules/dictionary/search.php ("for oneself; in one's own behalf; in person; a pro se party is one who, without representation, acts as his/her own attorney").

Thus, the District of Columbia respectfully requests that the Court deny the Motion filed by Mr. Zakroff as Mr. Zakroff is without standing to file such a Motion on his – or on anyone else's – behalf.

    Respectfully submitted,

    ROBERT J. SPAGNOLETTI
    Attorney General for the District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General
    Civil Litigation Division

    ___/s/_____
    NICOLE L. LYNCH (471953)
    Chief, Section II

    ___/s/_____
    SHANA L. FROST (458021)
    Assistant Attorney General
    441 4th Street, NW, 6th Floor South
    Washington, DC 20001
    (202) 724-6534
    Fax: (202) 727-3625
    shana.frost@dc.gov

Copies served upon counsel of record via ECF and served via first-class mail upon:

    Kent Rice
    1504 D Street, SE
    Washington, DC 20003

    __/s/_____
    Shana L. Frost
    Assistant Attorney General